IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ADAM ALLBRITTON, SHERRY LYNN BELL, KEVIN GARRISON, BIJI JOSE, DENISE PEOPLES, and DEBORAH TERRY, each individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JOEY WIGGINS, LIFESPRING THERAPY SOLUTIONS, LLC, and TRAVIS RAYE,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*  No. 4:13-cv-00158-SWW<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER

By order entered February 13, 2014 [doc.#38], the Court granted plaintiffs' motion to compel responses to First Set of Interrogatories and Requests for Production of Documents [doc.#20]. The Court noted that because it granted plaintiffs' motion to compel, the Court must require defendants to pay the plaintiffs' reasonable fees incurred in making the motion to compel, including attorney's fees, unless defendants demonstrate that their failure to respond to the plaintiffs' discovery requests and provide the plaintiffs full and complete responses to their discovery "was substantially justified" or that "other circumstances make an award of expenses unjust." Fed.R.Civ.P. 37(a)(5)(A).

Now before the Court is plaintiffs' agreed motion for costs and attorneys' fees [doc.#39]. Plaintiffs state that the parties have conferred and agreed upon $2,500.00 as a reasonable amount of expenses, including attorneys' fees, incurred in making the motion

to compel.  Accordingly, the Court grants plaintiffs' agreed motion for costs and attorneys' fees and hereby awards plaintiffs $2,500.00 for their expenses, including attorneys' fees, incurred in making the motion to compel.

IT IS SO ORDERED this 13th day of March 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE